FILED

2024 APR 30 AM 11: 27

FRK U.S. DISTRIC. COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

TV

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America <br> PLAINTIFF(S) <br> v. <br> Norberto Sanchez Lizarraga <br> DEFENDANT(S). | CASE NUMBER <br> 2:24-MJ-02524 <br> S4 23 CR 209 <br><br> DECLARATION RE <br> OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: __Homeland Security Investigations__
in the __Southern__ District of __New York__ on __4/17/2024__
at __800__ ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title __21__ U.S.C., Section(s) __841(a)(1) 841(b)(1), 846__
to wit: _____

A warrant for defendant's arrest was issued by: __Ruby Krajick / Clerk of Court__

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond: 

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4/30/2024__
            Date

_[signature]_                                          __Arturo Becerra__
Signature of Agent                                     Print Name of Agent

__Homeland Security Investigations__                   __Special Agent__
Agency                                                 Title

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT