| | |
|---|---|
| Submit this form by e-mail to:<br>CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles and Riverside criminal duty.<br>CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty. | FILED<br>2024 APR 30 AM 9:58<br>CLERK U.S DISTRICT COURT<br>CENTRAL DIST. OF CALIF<br>LOS ANGELES<br>BY: ___ |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>NORBERTO LIZARRAGA SANCHEZ<br>USMS# _____ | PLAINTIFF<br><br>DEFENDANT | CASE NUMBER:<br>MJ 24-02524<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: April 30, 2024    ☐ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☐ No

4. Charges under which defendant has been booked:

   21 usc 841

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☐ No   ☒ Yes   Language: SPANISH

7. Year of Birth: 1982

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: n/a

10. Remarks (if any): N.A

11. Name: Nicholas Indal   (please print)

12. Office Phone Number: 646-983-2443

13. Agency: HSI NY

14. Signature: NICHOLAS E INDAL   Digitally signed by NICHOLAS E INDAL   Date: 2024.04.30 11:18:39 -04'00'

15. Date: 04/30/2024

CR-64 (07/20)   REPORT COMMENCING CRIMINAL ACTION