FILED

Mod AO 442 (09/13) Arrest Warrant     AUSA Name & Telno: Alexandra Messiter, 212-637-2544

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

2024 APR 30 AM 9:59

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: TV

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. S4 23 Cr. 209 |
| NORBERTO SANCHEZ LIZARRAGA | ) | |
| | ) | MJ 24-02524 |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   NORBERTO SANCHEZ LIZARRAGA ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 846 (narcotics conspiracy)

Date: APR 17 2024

*Issuing officer's signature*

RUBY J. KRAJICK, Clerk of Court

City and state: _____

*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*