## LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:24-mj-02524-DUTY-1 | Title | USA v. Lizarraga |
|---|---|---|---|
| Judge | Margo A. Rocconi | | |
| Dates of Trial or Hearing | May 6, 2024 | | |
| Court Reporters or Tape No. | c/s 5/6/2024 | | |
| Deputy Clerks | Valerie Velasco | | |

F I L E D
CLERK, U.S. DISTRICT COURT
5/6/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: vv  DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Aylin Kuzucan | Nadine C. Hettle |
| | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| 1 | | | | | | Defendant's Criminal History Report | |
| 2 | x | x | | | | Indictment | |
| 3 | x | x | | | | Arrest Warrant | |
| 4 | x | x | | | | Defendant's Social Media Photo | |
| 5 | x | x | | | | Mexican Identification Card of Noberto Lizarraga | |
| 6 | x | x | | | | October 31, 2023, Surveillance Photo (1) | |
| 7 | x | x | | | | October 31, 2023, Surveillance Photo (2) | |
| 8 | x | x | | | | April 22, 2024, Surveillance Photo (1) | |
| 9 | x | x | | | | April 22, 2024, Surveillance Photo (2) | |
| 10 | x | x | | | | Signed Consent to Search Defendant's Home | |
| 11 | x | x | | | | Receipts with Defendant's Name Found in Defendant's Home | |
| 12 | x | x | | | | Document with Address and Name of Co-defendant Found in Defendant's Home | |
| 13 | x | x | | | | Internet Bill with Account Number Linking to Defendant's Social Media Found in Defendant's Home | |
| 14 | x | x | | | | Notice of Rent Increase Document with Defendant's Name and Address, Found in Defendant's Home | |
| | | | | | | Deputy Raymond C. Hwang, Los Angeles Sherriff's Dept. | Plaintiff |

G-65 (03/07)   LIST OF EXHIBITS AND WITNESSES   Page 1 of 1